## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ECKARD LAND & ACQUISITION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-22-227-C |
| | ) | |
| CAROLYN CONLEY, | ) | |
| | ) | |
| Defendant. | ) | |

### **ENTRY OF APPEARANCE**

To the United States District Court Clerk for the Western District of Oklahoma and all parties of record:

Please enter my appearance as counsel in this case for the above-named Defendant, Carolyn Conley.

I certify that I am admitted to practice in this court, and am registered to file documents electronically with this court.

Respectfully submitted this 6th day of May 2022.

/s/ K.D. Lackey, Jr._____
K.D. Lackey, Jr., OBA # 5153
6 NE 63rd Street, Suite 275
Oklahoma City, OK 73105-1409
Telephone: (405) 848-5032
kdlackey@coxinet.net
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 6, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Wyatt D. Swinford, OBA # 32520
John R. Arrowood, OBA # 32346
ELIAS, BOOKS, BROWN & NELSON, P.C.
Two Leadership Square
211 N Robinson, Suite 1300
Oklahoma City, OK 73102
wswinford@eliasbooks.com
jarrowood@eliasbooks.com
*Attorneys for Plaintiff*

              /s/ K.D. Lackey, Jr._____
              K.D. Lackey, Jr.